denied. *Carl Fox, Y. D. Lott, Jr., E. L. All, Douglas Arant* and *B. A. Monaghan* for petitioner. *John W. Freels, Harold E. Spencer, D. K. McKamy, Joseph H. Wright* and *Chas. A. Helsell* for respondent.


No. 505. MALOY *v.* CITY OF MULBERRY. Supreme Court of Florida. Certiorari denied.


No. 514. E–I–M COMPANY *v.* PHILADELPHIA GEAR WORKS, INC. C. A. 5th Cir. Certiorari denied. *Walter J. Blenko* and *John H. F. Leonard* for petitioner. *Henry N. Paul, Jr., Douglas W. McGregor* and *Francis W. Sullivan* for respondent.

No. 515. WEINBERG ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Mitchell Jenkins* for petitioners, and *Max Rosenn* for Bird, petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.


No. 518. KIEFER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.


No. 519. MEAGHER ET AL. *v.* EASTERN IRON & METAL Co., LTD. ET AL. C. A. 9th Cir. Certiorari denied. *Lloyd W. Dinkelspiel* and *Bernard H. Levinson* for petitioners. *A. Joseph Sherwood* for the Eastern Iron & Metal Co., Ltd., respondent.